395 A.2d 997

Sheedy et al. v. Warner, Appellant.

Argued September 11, 1978.  Paul A. Lockrey, for appellant;  Lionel B. Gumnit, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed;  petition for reargument denied November 6, 1978.